176 So. 614

## RAMEY v. STATE.

### 6 Div. 208.

Court of Appeals of Alabama.

Oct. 26, 1937.

John A. Posey, of Haleyville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

568

SAMFORD, Judge.

The defendant was indicted jointly with another, charged with the above offense. The trial was had before the judge of the circuit court without a jury. On hearing the evidence, this defendant was alone convicted.

We have examined the bill of exceptions and the rulings of the court thereon, and, giving to the findings of the judge the presumptions to which they are entitled, we find no error, and the judgment is affirmed.

Affirmed.